RECEIVED
05 NOV 18 PM 3:25
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
DEC X 2 2005

E-Filing

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA and NELIA BERMUDEZ, Revenue Agent, | ) ) | C 05 4755 |
|---|---|---|
| Petitioners, | ) ) | **ORDER TO SHOW CAUSE RE ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONSES** |
| v. | ) ) ) |  |
| RICHARD MAUS | ) ) |  |
| Respondent | ) ) |  |

Good cause having been shown by the petitioner upon its petition filed in the above-entitled proceeding on _November 18_, 2005, it is hereby:

**ORDERED** that respondents Richard Maus appear before this Court on the 19th day of December, 2005, at 3:00 p.m., in Courtroom No. 15, 18th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, and then and there show cause, if any, why they should not be compelled to appear and provide documents and testimony as required by the summonses heretofore served upon them as alleged and set forth in particular in said petition; and it is further

**ORDERED** that a copy of this Order to Show Cause, together with a copy of the aforesaid

1  petition, be served upon said respondents in accordance with Rule 4 of the Federal Rules of Civil
2  Procedure at least thirty-five (35) days before the return date of this Order above specified; and it is
3  further

6  **ORDERED** that within twenty-one (21) days before the return date of this Order, respondents
7  may file and serve a written response to the petition, supported by appropriate affidavit(s) or
8  declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motion he desires to make, that
9  the petitioner may file and serve a written reply to such response, if any, within fourteen (14) days
10 before the return date of this Order; that all motions and issues raised by the pleadings will be
11 considered on the return date of this Order, and only those issues raised by motion or brought into
12 controversy by the responsive pleadings and supported by affidavit(s) or declaration(s) will be
13 considered at the return of this Order, and any uncontested allegation in the petition will be considered
14 admitted.
15 ORDERED this ____ day of _December_____, 2005, at San Francisco, California.

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

United States of America et al,

        Plaintiff,

v.

Maus et al,

        Defendant.

Case Number: CV05-04755 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 2, 2005, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cynthia Lewis Stier
United States Attorney
450 Golden Gate Avenue
San Francisco, CA 94102

Richard M. Maus
1365 D Street, Apt 35
Hayward, CA 94541-4339

Dated: December 2, 2005

Richard W. Wieking, Clerk
By: Snooki Puli, Deputy Clerk