1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2  JAY R. WEILL (CSBN 75434)
   Assistant United States Attorney
3  Chief, Tax Division
   CYNTHIA STIER (DCBN 423256)
4  Assistant United States Attorney

5     450 Golden Gate Avenue
      San Francisco, California 94102
6     Telephone: (415) 436-6888

7  Attorneys for United States of America

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT CALIFORNIA

10                     SAN FRANCISCO DIVISION

11 UNITED STATES OF AMERICA and        )
   NELIA BERMUDEZ, Revenue Officer,    )
12                                     )
        Petitioners,                   ) Case No. C-05-4755-MHP
13                                     )
        v.                             ) APPLICATION BY UNITED STATES
14                                     ) TO CONTINUE HEARING ON ORDER
   RICHARD MAUS,                       ) TO SHOW CAUSE FOR ENFORCEMENT
15                                     ) OF INTERNAL REVENUE SERVICE
        Respondent.                    ) SUMMONSES AND [PROPOSED] ORDER
16                                     )    Date: January 23, 2006
   _____ )    Time: 3:00 p.m.
17

18     The United States seeks to reschedule the hearing on the Order to Show Cause Re:

19 Enforcement of Internal Revenue Service Summonses currently scheduled for January 23, 2006,

20 to March 6, 2006, to provide the Internal Revenue Service additional time to personally serve the

21 respondent.  Upon information and belief, the Internal Revenue Service has experienced

22 difficulty in their attempts to personally serve the respondent and believe that the additional time

will allow them to successfully serve him.

                                                  Respectfully submitted,

                                                  KEVIN V. RYAN
United States Attorney

Dated:  *January 19, 2006*          By:     /s/ Cynthia Stier
                                                  CYNTHIA STIER
Assistant United States Attorney

                                                  Attorneys for Defendant, United States of
America and Internal Revenue Service

**ORDER**

     IT IS HEREBY ORDERED that the hearing on the Order to Show Cause Re: Enforcement of Internal Revenue Service Summonses currently scheduled for January 23, 2006, is rescheduled to March 6, 2006, at 3:00 p.m.

Dated:  1/20/2006                                                    
                                                  HONORABLE MARILYN H. PATEL
                                                  United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Marilyn H. Patel]*