1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2  JAY R. WEILL (CSBN 75434)
   Assistant United States Attorney
3  Chief, Tax Division
   CYNTHIA STIER (DCBN 423256)
4  Assistant United States Attorney

5  450 Golden Gate Avenue
   San Francisco, California 94102
6  Telephone: (415) 436-6888

7  Attorneys for United States of America

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT CALIFORNIA

10                       SAN FRANCISCO DIVISION

11 UNITED STATES OF AMERICA and        )
   NELIA BERMUDEZ, Revenue Officer,    )
12                                     )
          Petitioners,                 ) Case No. C-05-4755-MHP
13                                     )
       v.                              ) APPLICATION BY UNITED STATES
14                                     ) TO CONTINUE HEARING ON ORDER
   RICHARD MAUS,                       ) TO SHOW CAUSE FOR ENFORCEMENT
15                                     ) OF INTERNAL REVENUE SERVICE
          Respondent.                  ) SUMMONSES AND [~~PROPOSED~~] ORDER
16                                     )    Date: May 8, 2006
   _____ )    Time: 3:00 p.m.
17

18     The United States seeks to reschedule the hearing on the Order to Show Cause Re:

19 Enforcement of Internal Revenue Service Summonses currently scheduled for March 6, 2006,  to

20 May 8, 2006, to provide the Internal Revenue Service additional time to serve the respondent.

21 Upon information and belief, the Internal Revenue Service has continued to experience difficulty

22 in their attempts to personally serve the respondent and believe that the additional time

1  will allow them to successfully serve him.

                                                                     Respectfully submitted,

                                                                     KEVIN V. RYAN  
                                                                     United States Attorney

Dated: *March 2, 2006*        By:    /s/ Cynthia Stier  
                                                                     CYNTHIA STIER  
                                                                     Assistant United States Attorney

                                                                     Attorneys for Defendant, United States of  
                                                                     America and Internal Revenue Service

## ORDER

IT IS HEREBY ORDERED that the hearing on the Order to Show Cause Re: Enforcement of Internal Revenue Service Summonses currently scheduled for March 6, 2006, is rescheduled to May 8, 2006, at 3:00 p.m.

Dated:  March 3, 2006

IT IS SO ORDERED  
Judge Marilyn H. Patel