```
 1  KEVIN V. RYAN (CSBN 118321)
    United States Attorney
 2  JAY R. WEILL (CSBN 75434)
    Assistant United States Attorney
 3  Chief, Tax Division
    CYNTHIA STIER (DCBN 423256)
 4  Assistant United States Attorney

 5      450 Golden Gate Avenue
        San Francisco, California 94102
 6      Telephone: (415) 436-6888

 7  Attorneys for United States of America
```

FILED
MAR 14 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and NELIA BERMUDEZ, Revenue Officer,<br><br>Petitioners,<br><br>v.<br><br>RICHARD MAUS,<br><br>Respondent. | Case No. C-05-4755-MHP<br><br>APPLICATION BY UNITED STATES TO CONTINUE HEARING ON ORDER TO SHOW CAUSE FOR ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONSES AND [PROPOSED] ORDER<br>Date: May 1, 2006<br>Time: 3:00 p.m. |

The United States seeks to reschedule the hearing on the Order to Show Cause Re: Enforcement of Internal Revenue Service Summonses currently scheduled for May 8, 2006, to May 1, 2006. The reason for this request is that counsel for respondent has requested that the hearing be rescheduled to May 1, 2006, to permit his appearance at that hearing.

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

Dated: *March 10, 2006*   By:   /s/ Cynthia Stier
                                CYNTHIA STIER
                                Assistant United States Attorney

Attorneys for Defendant, United States of America and Internal Revenue Service

1
2                                    **ORDER**
3         IT IS HEREBY ORDERED that the hearing on the Order to Show Cause Re:
4  Enforcement of Internal Revenue Service Summonses currently scheduled for May 8, 2006, is
5  rescheduled to May 1, 2006, at 3:00 p.m.
6
7  Dated:  3/14/06
8                                          HONORABLE MARILYN HALL PATEL
                                           United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28