1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2  JAY R. WEILL (CSBN 75434)
   Assistant United States Attorney
3  Chief, Tax Division
   CYNTHIA STIER (DCBN 423256)
4  Assistant United States Attorney

5  450 Golden Gate Avenue
   San Francisco, California 94102
6  Telephone: (415) 436-6888

7  Attorneys for United States of America

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT CALIFORNIA

10                      SAN FRANCISCO DIVISION

11 UNITED STATES OF AMERICA and        )
   NELIA BERMUDEZ, Revenue Officer,    )
12                                     )
         Petitioners,                  ) Case No. C-05-4755-MHP
13                                     )
         v.                            ) APPLICATION BY UNITED STATES
14                                     ) TO DISMISS PETITION FOR ENFORCEMENT
   RICHARD MAUS,                       ) OF INTERNAL REVENUE SERVICE
15       Respondent.                   ) SUMMONSES AND [PROPOSED] ORDER
                                       )
16 _____)

17
        The United States of America dismisses the Petition To Enforce filed on November 18,
18
   2005, because the respondent has complied with the IRS Summonses.
19
                                       KEVIN V. RYAN
20                                     United States Attorney

21
                                       /s/
22

23                                     CYNTHIA STIER
                                       Assistant United States Attorney
24                                     Tax Division

25 SO ORDERED

26

27 Dated: April 28, 2006
                                       _____
28                                     HONORABLE
                                       United States D[istrict Judge]

IT IS SO ORDERED
Judge Marilyn H. Patel